'John Hamilton Scott, Dep. P.D.  St. Bar No. 58258
NAME

320 W. Temple St., Room 590
PRISON IDENTIFICATION / BOOKING NUMBER

Los Angeles, CA 90012          jhscott@pubdef.lacounty.gov
ADDRESS OR PLACE OF CONFINEMENT

Telephone: (213) 974-3003

NOTE:   It is your responsibility to notify the Clerk of Court in writing of
any change of address. If represented by an attorney, provide his
name, address and telephone number.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FREDDY MILLE,

FULL NAME
*(Include name under which you were convicted)*
                                          Petitioner,

v.

OCTAVIO C. LUNA, Executive Director, Patton State
Hospital,

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                          Respondent.

CASE NUMBER:
CV-          **CV10-06049**
To be supplied by the Clerk of the United States District Court.

                            C AS( RNB)

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION  Los Angeles
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
*(List by case number)*

CV- _____

CV- _____

CV- _____

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury.  You must set forth CONCISELY the answer to each question in the proper space on the form.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.  If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PRODU-OLVO

PRODU-OLVO

```
8/13/2010 1:08:12 PM  Receipt #: 144455
         Cashier-:-CMAH [LA 1-2]
Paid by: JOHN HAMILTON SCOTT
2:CV10-06049
2010-036900          Writ Habeas Corpus(1)
Amount :                           $5.00

Comment: FREDDY MILLE
-----------------------------------------
Cash  Payment :                      5.00
-----------------------------------------
Total Payment :                      5.00
```

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☐ A conviction.
2. ☐ A sentence.
3. ☐ Prison discipline.
4. ☐ A parole problem.
5. ☒ Other. Unlawful detention of defendant for treatment of incompetence.

## PETITION

1. Venue

   (a) Place of detention   Patton State Hospital, 3102 East Highland Ave., Patton, CA  92369

   (b) Place of conviction   N/A

   (c) Place sentenced      N/A.  Place of Committment: Los Angeles County Superior Court

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.

   (a) Nature of offenses involved *(include all counts):*  Attempted kidnapping

      Petitioner is charged with the above offense, and is detained for treatment of incompetence.

   (b) Penal or other code section or sections: Cal. Penal Code sections 664/207, subdivision (a)

   (c) Case number:  BA354031, ZM014664

   (d) Date of conviction: Committment: May 4, 2009

   (e) Date of sentence:  N/A

   (f) Length of sentence on each count:  N/A

   (g) Plea  *(check one)*
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo Contendere

   (h) Kind of trial:  *(check one)*
      ☐ Jury
      ☐ Judge only
      ☐ Judge alone on transcript

   (i) Did you testify at the trial?
      ☐ Yes   ☒ No

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

3. Did you appeal from the conviction of sentence?

    ☐ Yes    ☒ No

4. If you did appeal, give the following information for each appeal:

    (a) (1) Name of court: _____

         (2) Result: _____

                 _____

         (3) Date of result: _____

         (4) Citation or number of opinion: _____

         (5) Grounds raised *(list each)*:

             (a) _____

             (b) _____

             (c) _____

             (d) _____

             (e) _____

             (f) _____

             (g) _____

    (b) (1) Name of court: _____

         (2) Result: _____

                 _____

         (3) Date of result: _____

         (4) Citation or number of opinion: _____

         (5) Grounds raised *(list each)*:

             (a) _____

             (b) _____

             (c) _____

             (d) _____

             (e) _____

             (f) _____

             (g) _____

5. If you did not appeal:

    (a) State your reasons  Petitioner has not been convicted.  Petitioner does not challenge the finding of incompetence,

        and therefore did not appeal from that order.  Petitioner continues his continued involuntary detention absent

        constitutionally-mandated findings of probable recovery and a constitutionally-mandated demonstrate of progress

        towards competence.

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

    (b) Did you seek permission to file a late appeal?

        ☐ Yes    ☒ No

6.  Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?

  ☒ Yes    ☐ No

7.  If you answer to 6 was "Yes", give the following information:

    (a) (1) Name of court: Los Angeles County Superior Court

        (2) Nature of proceeding:  Petition for Writ of Habeas Corpus

        (3) Grounds raised:  Petitioner unlawfully held in jail without treatment in violation of the U.S. Constitution and California statute

        (4) Result: Summarily denied

        (5) Date of result:  6/22/09

        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition. BA354031, ZM014664

    (b) (1) Name of court: California Court of Appeal, Second Appellate District, Division Three

        (2) Nature of proceeding:  Petition for Writ of Habeas Corpus

        (3) Grounds raised:  Petitioner unlawfully held in jail without treatment in violation of the U.S. Constitution and California statute

        (4) Result: Summarily denied without prejudice

        (5) Date of result:  7/8/09

        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition. 2d Dist.No. B217102

    (c) (1) Name of court: California Supreme Court

        (2) Nature of proceeding:  Petition for Review

        (3) Grounds raised:  Petitioner unlawfully held in jail without treatment in violation of the U.S. Constitution and California statute

        (4) Result: Review granted, matter transferred to Court of Appeal with directions to issue an order to show cause.

        (5) Date of result:  8/12/09

        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition. S174554  SEE ATTACHED FOR FURTHER HISTORY

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

# ADDITIONAL PROCEDURAL HISTORY

7(d)
(1) Name of court: California Court of Appeal, Second Appellate District,
Division Three
(2) Nature of proceeding: Petition for Writ of Habeas Corpus (transferred)
(3) Grounds raised: A: Same as above; B: Petitioner's continuing detention
in violation of U.S. Constitution and of California statute in the absence of a
finding of probable recovery and a showing of progress.
(4) Result: Denied as moot on Ground A; Ground B not considered.
(5) Date of Result: March 3, 2010
(6) Citation and case number: 2d Dist.No. B217102, In re Mille, 182
Cal.App 4th 635; 105 Cal.Rptr.3d 859 (2010) (Rev.Den. 5/20/10)

7(e)
(1) Name of court: Los Angeles County Superior Court
(2) Nature of proceeding: Petition for Writ of Habeas Corpus
(3) Grounds raised: Petitioner's continuing detention in violation of U.S.
Constitution and of California statute in the absence of a finding of probable
recovery and a showing of progress.
(4) Result: Summarily denied
(5) Date of result: March 30, 2010
(6) Case number: BA354031, ZM014644

7(f)
(1) Name of court: California Court of Appeal, Second Appellate District,
Division Three
(2) Nature of proceeding: Petition for Writ of Habeas Corpus
(3) Grounds raised: Petitioner's continuing detention in violation of U.S.
Constitution and of California statute in the absence of a finding of probable
recovery and a showing of progress.
(4) Result: Summarily denied
(5) Date of result: July 7, 2010
(6) Case number: 2d Dist.No. 223524

7(g)
(1) Name of court: California Supreme Court
(2) Nature of proceeding: Petition for review
(3) Grounds raised: Petitioner's continuing detention in violation of U.S.
Constitution and of California statute in the absence of a finding of probable
recovery and a showing of progress.
(4) Result: Summarily denied
(5) Date of result: August 11, 2010
(6) Case number: S184543

8. Was an evidentiary hearing held?

☐ Yes   ☒ No

If so, state the name of the court, and the result: _____

_____

_____

9. If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

_____

_____

_____

_____

**CAUTION:** *Exhaustion Requirement*:  In order to proceed in federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a **SINGLE** page only behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do).  A rule of thumb is - who did exactly what to violate your rights at what time or place.

(a) Ground one: Petitioner's continuing detention is unlawful under Jackson v. Indiana, 406 U.S. 715 (1972)

Supporting FACTS (tell your story BRIEFLY without citing cases or law):
On May 4, 2009, petitioner was found incompetent to stand trial.  Criminal proceedings were adjourned and petitioner was

committed to Patton State Hospital for treatment.  Petitioner has been involuntarily confined for over 15 months in the

absence of a finding that there is a substantial probability that he will become competent in the foreseeable future, and

there has been no demonstration of progress towards that goal.  Petitioner is thus CURRENTLY unlawfully deprived of his

liberty and is entitled to IMMEDIATE release absent a commitment under alternative civil procedures.

(b) Ground two: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

(c) Ground three: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

(d) Ground four: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

_____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

☐ Yes   ☒ No

13. Are you presently represented by counsel?

☒ Yes   ☐ No

If so, provide name, address and telephone number: John Hamilton Scott, Deputy Public Defender

320 W. Temple St., Los Angeles, CA  90012

Telephone: (213) 974-3003

Case name and court: Instant matter.

_____

_____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

**WHEREFORE**, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.  Executed on

___8/12/10_____
*Date*

_____
*Signature of Petitioner*
counsel for incompetent petitioner

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

_____
(Petitioner)

**DECLARATION IN SUPPORT OF REQUEST**
**TO PROCEED IN FORMA PAUPERIS**

_____
(Respondent[s])

I, _____ , declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

   ☐ Yes   ☐ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. _____

   _____

2. Have you received, within the past twelve (12) months, any money from the following sources?

   (a) Business, profession or form of self-employment?   ☐ Yes   ☐ No
   (b) Rent payments, interest or dividends?   ☐ Yes   ☐ No
   (c) Pensions, annuities or life insurance payments?   ☐ Yes   ☐ No
   (d) Gifts or inheritances?   ☐ Yes   ☐ No
   (e) Any other source?   ☐ Yes   ☐ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*

   ☐ Yes   ☐ No

   If the answer is "yes", state the total value of the items owned: _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*

   ☐ Yes   ☐ No

   If the answer is "yes", describe the property and state its approximate value: _____

   _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

CV-69 (07/02)                                                                                          PAGE 8 OF 9

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____

_____

_____

_____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.  Executed on

_____
                 *Date*

 

_____
                 *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the

_____ institution where he is confined.  I further certify that

Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____

                   _____
                   Authorized Officer of Institution

                   _____
                   Title of Officer

(7) Was an evidentiary hearing held?     ☐ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?     ☐ Yes   ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

11. Are you presently represented by counsel?     ☐ Yes   ☐ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____      _____
         *Date*                    *Signature of Petitioner*

_____
                    *Petitioner*

_____
                    *Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?  ☐ Yes   ☐ No

   a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
       _____

   b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

   a.  Business, profession or form of self-employment?    ☐ Yes   ☐ No
   b.  Rent payments, interest or dividends?    ☐ Yes   ☐ No
   c.  Pensions, annuities or life insurance payments?    ☐ Yes   ☐ No
   d.  Gifts or inheritances?    ☐ Yes   ☐ No
   e.  Any other sources?    ☐ Yes   ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____
   _____
   _____

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes   ☐ No
   If the answer is yes, state the total value of the items owned: _____
   _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☐ No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

    _____

    _____

    I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

    Executed on _____       _____
                      *Date*                                       *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

_____       _____
                 *Date*                              *Authorized Officer of Institution/Title of Officer*



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Friday, August 13, 2010

**JOHN HAMILTON SCOTT**
**320 W. TEMPLE ST., ROOM 590**
**LOS ANGELES, CA  90012**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV10- 6049 CAS (RNB)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

A [ ] Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____
[X] Magistrate Judge _____ **Robert N. Block** _____

at the following address:

[ ] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

[X] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___ MMURRAY _____

Deputy Clerk

CV-17 (06/09)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**