

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE MILLE,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>SHARON S. NEVINS, Executive Director, Metropolitan State Hospital,<br><br>　　　　　　Respondent. | Case No. CV 10-6049-CAS (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered granting a conditional writ of habeas corpus as follows: Unless, within thirty (30) days of the entry of Judgment herein, either (a) petitioner's current treatment team expressly and unequivocally opines that there is a substantial probability that petitioner will become competent to stand trial in the foreseeable future and that petitioner currently is making

1 | reasonable progress toward that goal, or (b) the State initiates civil commitment
2 | proceedings against petitioner in accordance with the state statutes and procedures
3 | governing the civil commitment of any other citizen, petitioner shall be released forthwith
4 | from custody.

DATED:  12/9/10

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE