

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE MILLE,<br><br>    Petitioner,<br><br>vs.<br><br>SHARON S. NEVINS, Executive Director, Metropolitan State Hospital,<br><br>    Respondent. | Case No. CV 10-6049-CAS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows: Unless, within thirty (30) days of the entry of this Judgment (a) petitioner's current treatment team expressly and unequivocally opines that there is a substantial probability that petitioner will become competent to stand trial in the foreseeable future and that petitioner currently is making reasonable progress toward that goal, or (b) the State initiates civil commitment proceedings against petitioner in

1  accordance with the state statutes and procedures governing the civil commitment of any
2  other citizen, petitioner shall be released forthwith from custody.
3
4  DATED: _____12/9/10_____
5
6
7  _____
   CHRISTINA A. SNYDER
8  UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28